IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS' CHECKS, AND ONE PENTAX 35mm CAMERA, SERIAL NUMBER 1318242,<br><br>Defendants.<br>_____ / | No. C 09-02308 WHA<br><br>**REQUEST FOR RESPONSE RE MOTION TO STAY FORFEITURE PROCEEDINGS** |

Gary Hardeman, acting *pro se*, filed a motion to stay the forfeiture proceedings until all criminal charges and related investigations of him have been officially dropped. The government is requested to respond by **FRIDAY, AUGUST 7, 2009, AT NOON**, to state its position with respect to the motion and, if it opposes the motion, on what grounds.

**IT IS SO ORDERED.**

Dated: August 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE