IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-02308 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE RE MOTION TO STAY FORFEITURE PROCEEDINGS** |
| APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS' CHECKS, AND ONE PENTAX 35mm CAMERA, SERIAL NUMBER 1318242, | |
| Defendants. | |

Gary Hardeman, acting *pro se*, filed a motion to stay the forfeiture proceedings until all criminal charges and related investigations of him have been officially dropped. The government is requested to respond by **FRIDAY, AUGUST 7, 2009, AT NOON,** to state its position with respect to the motion and, if it opposes the motion, on what grounds.

**IT IS SO ORDERED.**

Dated: August 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE