JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS' CHECKS; AND ONE PENTAX 35mm CAMERA, SERIAL NUMBER 1318242<br><br>              Defendant. | No. 09-02308 WHA<br><br>UNITED STATES' STATEMENT OF NON-OPPOSITION TO CLAIMANT GARY HARDEMAN'S MOTION TO STAY FORFEITURE PROCEEDING AND [PROPOSED] ORDER |

The United States does not oppose claimant's motion to stay this case. Pursuant to 18 U.S.C. § 981(g)(2):

"Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that--(A) the claimant is the subject of a related criminal investigation or case; (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case."

///

Because claimant appears to meet these criteria, the United States does not oppose a stay of this case.

However, given the amguity of claimant's request, including the difficulty for the Court or the United States to determine when claimant's state criminal case has been resolved, the government requests that the Court set a status conference in 180 days, order claimant to provide a status report prior to that conference, and stay the present case until that time.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 3, 2009

DAVID COUNTRYMAN
Assistant United States Attorney

## ORDER TO STAY

Based upon claimant Gary Hardeman's Motion to Stay Forfeiture Proceedings, the United States' non-opposition, and for good cause appearing, it is HEREBY ORDERED that the instant case be, and hereby is, STAYED, pursuant to 18 U.S.C. § 981(g) until _____ a **STATUS CONFERENCE** which will be held **FEBRUARY 18, 2010, AT 11:00 a.m.**

It is FURTHER ORDERED that claimant Gary Hardeman file a status report as to his state prosecution no later than February 11, 2010, at 5:00 p.m.

SO ORDERED.

DATED: August 18, 2009

IT IS SO ORDERED
Judge William Alsup
WILLIAM ALSUP
United States District Judge

UNITED STATES' STATEMENT OF NON-OPPOSITION TO CLAIMANT GARY HARDEMAN'S MOTION TO STAY FORFEITURE PROCEEDING AND [PROPOSED] ORDER
No. 09-02308 WHA                            2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- United States' Statement of Non-Opposition to Claimant Gary Hardeman's Motion to Stay Forfeiture Proceeding and [Proposed] Order

to be served this date via United States first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Gary Hardeman
2226 41st Avenue
San Francisco, CA 94116

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of August, 2009, at San Francisco, California.

CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit