IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS CHECKS, AND ONE PENTAD 35mm CAMERA, SERIAL NUMBER 1318242,<br><br>    Defendants.<br>_____/ | No. C 09-02308 WHA<br><br>**ORDER CONTINUING STAY** |

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

1. This case will be **STAYED** yet again until at least **AUGUST 26, 2010, AT 11:00 A.M.**, at which time another case management conference will be held.  Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: February 22, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE