IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS CHECKS, AND ONE PENTAD 35mm CAMERA, SERIAL NUMBER 1318242,

    Defendants.

No. C 09-02308 WHA

**ORDER CONTINUING STAY**

    This matter was previously stayed until at least August 26, 2010, at which time another case management conference was scheduled. The case management conference is hereby continued to **SEPTEMBER 2, 2010, AT 11:00 A.M.** The stay shall remain in effect until at least that conference.

    **IT IS SO ORDERED.**

Dated: August 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE