**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS' CHECKS, and ONE PENTAX 35mm CAMERA, SERIAL NUMBER 1318242,<br><br>Defendants.<br>_____ / | No. C 09-02308 WHA<br><br><br>**REQUEST FOR RESPONSE TO MOTION TO STAY FORFEITURE PROCEEDINGS** |

   Plaintiff has filed a motion to stay this civil forfeiture action. Under the civil local rules, Gary Hardeman, claimant acting *pro se*, was required to file an opposition brief (or a statement of nonopposition) to the pending motion by December 16. No response has been filed. Claimant Hardeman is requested to respond to state his position with respect to the motion and, if he opposes the motion, on what grounds, by **JANUARY 14, 2011**. If Claimant Hardeman does not respond by that date, the motion will be decided without the benefit of his response. The hearing on January 6, 2011, is **VACATED**.

   Although plaintiff's motion indicates that Claimant Hardeman was incarcerated beginning on November 24, 2010, the bureau of prisons' website indicates that he was released

on December 8, 2010.  Hence it shall suffice to serve him at his address of record in this action, *i.e.*, his home address.

**IT IS SO ORDERED.**

Dated:  December 27, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE