UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-02308 WHA |
| Plaintiff, | ) | |
| v. | ) | |
| APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS' CHECKS; AND ONE PENTAX 35mm CAMERA, SERIAL NUMBER 1318242 | ) ) ) ) ) | ORDER STAYING CIVIL FORFEITURE CASE PURSUANT TO 18 U.S.C. § 981(g) |
| Defendants. | ) | |

## [~~PROPOSED~~] ORDER TO STAY

Based upon the government's motion to stay forfeiture Proceedings, the record in this case, and for good cause appearing, it is HEREBY ORDERED that the instant case be, and hereby is, STAYED, pursuant to 18 U.S.C. § 981(g) until April 7, 2011.  A further case management conference is scheduled for **April 7, 2011, at 11:00 a.m.**

SO ORDERED.

DATED:  January 5, 2011.

_____
WILLIAM H. ALSUP
United States District Judge

No. 09-02308 WHA