MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    )<br>        Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>APPROXIMATELY $8,800 IN    )<br>AMERICAN EXPRESS TRAVELERS'    )<br>CHECKS; AND ONE PENTAX 35mm    )<br>CAMERA, SERIAL NUMBER 1318242,    )<br>    )<br>        Defendant.    )<br>    ) | No. CV 09-02308 WHA<br><br>STIPULATION TO CONTINUE STAY<br>AND PROPOSED ORDER |

      Plaintiff, United States of America, and Claimant Gary Hardeman respectfully submit this

Stipulation to Continue the Stay of the instant civil forfeiture action.

      On January 5, 2011, Court stayed the instant civil forfeiture case until April 7, 2011, due

to claimant's pending criminal prosecution: United States v. Hardeman, 10-CR-00859 RS.  That

stay was continued until September 1, 2011.  As Mr. Hardeman's criminal case is still ongoing,

and is scheduled for trial on November 14, 2011,  the parties respectfully request an additional

stay of this case, so as not to raise the risk of self-incrimination or adversely affect the ability of

the government to prosecute the related criminal case.

1

  For the aforementioned reasons, the parties respectfully request that the current case be

2

stayed for 120 days.

3

4

Dated: 9/01/11                          /S/  *David P. Blank*
                                        DANIEL PAUL BLANK

5

                                        Attorney for Claimant

6

7

Dated: 9/01/11                          /S/  *David B. Countryman*
                                        DAVID B. COUNTRYMAN

8

                                        Assistant United States Attorney

9

10

11

                          ~~[PROPOSED]~~ **ORDER TO STAY**

12

13

  Based upon claimant Gary Hardeman's request to continue the stay of the current

14

forfeiture proceedings, the United States' non-opposition, and for good cause appearing, it is

15

HEREBY ORDERED that the instant case be, and hereby is, STAYED, pursuant to 18 U.S.C.

16

§ 981(g) until __December 15, 2011__.  A further case management conference is scheduled for

17

 December 15, 2011 at 11 a.m.

18

19

SO ORDERED.

20

21

Dated:  September 12, 2011          _____

22

                                    WILLIAM H. ALSUP

                                    United States District Judge

23

24

25

26

27

28

STIPULATION TO CONTINUE STAY AND ~~PROPOSED~~ ORDER
No. CV 09-02308 WHA                  2