MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.7303
   Facsimile:   415.436.7234
   Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>             Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> APPROXIMATELY $8,800 IN ) <br> AMERICAN EXPRESS TRAVELERS' ) <br> CHECKS; AND ONE PENTAX 35mm ) <br> CAMERA, SERIAL NUMBER 1318242, ) <br> ) <br>             Defendant. ) <br>                          ) | No. CV 09-02308 WHA <br><br> STIPULATION TO CONTINUE STAY <br> AND PROPOSED ORDER |

    Plaintiff, United States of America, and Claimant Gary Hardeman respectfully submit this Stipulation to Continue the Stay of the instant civil forfeiture action.

    On January 5, 2011, Court stayed the instant civil forfeiture case until April 7, 2011, due to claimant's pending criminal prosecution: <u>United States v. Hardeman</u>, 10-CR-00859 RS.  That stay was continued until September 1, 2011. As Mr. Hardeman's criminal case is still ongoing, and is scheduled for trial on November 14, 2011,  the parties respectfully request an additional stay of this case, so as not to raise the risk of self-incrimination or adversely affect the ability of the government to prosecute the related criminal case.

For the aforementioned reasons, the parties respectfully request that the current case be stayed for 120 days.

Dated: 9/01/11          /S/  David P. Blank
                        DANIEL PAUL BLANK
                        Attorney for Claimant


Dated: 9/01/11          /S/  David B. Countryman
                        DAVID B. COUNTRYMAN
                        Assistant United States Attorney


## [PROPOSED] ORDER TO STAY

Based upon claimant Gary Hardeman's request to continue the stay of the current forfeiture proceedings, the United States' non-opposition, and for good cause appearing, it is HEREBY ORDERED that the instant case be, and hereby is, STAYED, pursuant to 18 U.S.C. § 981(g) until December 15, 2011. A further case management conference is scheduled for December 15, 2011 at 11 a.m.

SO ORDERED.

Dated:  September 12, 2011
                        WILLIAM H. ALSUP
                        United States District Judge

STIPULATION TO CONTINUE STAY AND PROPOSED ORDER
No. CV 09-02308 WHA                    2