IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS CHECKS, AND ONE PENTAD 35mm CAMERA, SERIAL NUMBER 1318242,<br><br>    Defendants.<br>                                                / | No. C 09-02308 WHA<br><br>**ORDER RE STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

      Pursuant to stipulation of the parties and for good cause shown, this action was stayed. A case management conference is hereby set for **JANUARY 24, 2013, AT 11:00 A.M.** The action will be stayed until at least that time. Please file a joint case management statement at least seven days prior to the case management conference.

      **IT IS SO ORDERED.**

Dated: October 17, 2012.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE