IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS CHECKS, AND ONE PENTAD 35mm CAMERA, SERIAL NUMBER 1318242,

    Defendants.

No. C 09-02308 WHA

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

Pursuant to the stipulation of the parties, this civil matter was stayed several times pending resolution of claimant Gary Hardeman's related criminal case. On October 22, claimant was sentenced in his criminal case. Accordingly, the stay is **LIFTED**. A case management conference is hereby set for **11:00 AM ON NOVEMBER 7**. The parties are requested to please file a joint case management statement by **5:00 PM ON OCTOBER 31**.

**IT IS SO ORDERED.**

Dated: October 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE