MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-02308 WHA |
| Plaintiff, | CASE MANAGEMENT CONFERENCE STATEMENT; AND ~~PROPOSED JUDGMENT~~ ORDER OF FORFEITURE AND DISMISSAL |
| v. | |
| APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS' CHECKS; AND ONE PENTAX 35MM CAMERA, SERIAL NUMBER 1318242, | Date: November 7, 2013<br>Time: 11:00 AM |
| Defendant. | |

Plaintiff, United States of America, and claimant Gary Hardeman respectfully submit this Joint Case Management Statement.

On July 18, 2013, claimant pled guilty to one count of committing a felony offense involving a minor while under a duty to register as a sex offender, in violation of 18 U.S.C. § 2260A. <u>United States v. Gary Lee Hardeman</u>, CR 10-0859 RS, Docket No. 337. As a part of that plea, claimant agreed to pay restitution to Rebecca Graham in an amount to be determined at sentencing, of which $8,800 will be paid from the defendant currency in this case. <u>Id.</u> at 4:19-26. Claimant renounced any claim of

CMC STATEMENT AND ORDER
~~PROPOSED JUDGMENT~~ OF FORFEITURE
AND DISMISSAL
09-02308 WHA

1  ownership to the defendant $8,800 or defendant camera and consented to their forfeiture.  Id. at 5:24-
2  6:11.  On October 22, 2013, claimant was ordered to pay restitution in the amount of $8,800.  United
3  States v. Gary Lee Hardeman, CR 10-0859 RS, Docket No. 343.

    Given the terms of the plea agreement, the parties hereby agree to and respectfully request:

    (1) forfeiture of the defendant camera;

    (2) an Order directing the United States turn over the defendant $8,800 to the United States
        Clerk of Courts for application toward claimant's restitution order in United States v. Gary
        Lee Hardeman, CR 10-0859 RS;

    (3) dismissal of the instant action without prejudice.

Dated: 10/25/13

    /s/
DANIEL PAUL BLANK
Attorney for Claimant

Dated: 10/25/13

    /s/
DAVID B. COUNTRYMAN
Assistant United States Attorney

CMC STATEMENT AND ORDER
~~PROPOSED JUDGMENT~~ OF FORFEITURE
AND DISMISSAL
09-02308 WHA


ORDER
~~[PROPOSED] JUDGMENT~~ OF FORFEITURE AND DISMISSAL

UPON CONSIDERATION of the plea agreement and judgment in <u>United States v. Gary Lee Hardeman</u>, CR 10-0859 RS, the case management statement submitted herewith, the entire record, and for good cause shown, it is by the Court on this ___eighth___ day of ___November___, 2013,

ORDERED, ADJUDGED AND DECREED that One Pentax 35mm Camera, Serial Number 1318242 be, and hereby is, FORFEITED to the United States for disposition by the United States in accordance with law; it is

FURTHER ORDERED that the United States shall turn over to the United States Clerk of Courts the $8,800 in funds seized from claimant for application toward claimant's restitution order in <u>United States v. Gary Lee Hardeman</u>, CR 10-0859 RS. The funds shall be made payable to the "Clerk of the Court, Northern District of California;" and it is

FURTHER ORDERED that the instant case be, and hereby is, DISMISSED without prejudice.

Dated:   November 8, 2013.

_____
WILLIAM ~~H.~~ ALSUP
United States District Judge

CMC STATEMENT AND ORDER
~~PROPOSED JUDGMENT~~ OF FORFEITURE
AND DISMISSAL
09-02308 WHA