IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

APPROXIMATELY $8,800 IN AMERICAN EXPRESS TRAVELERS CHECKS, AND ONE PENTAD 35mm CAMERA, SERIAL NUMBER 1318242,

    Defendants.
                                    /

No. C 09-02308 WHA

**ORDER OF DISMISSAL**

For the reasons stated at the hearing today, this matter is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: November 7, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE